**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER KENT GORG,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN,<br><br>　　　　Respondent. | Case No. 8:23-cv-01128-CBM-KES<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: JANUARY 29, 2024　　_____
　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE